CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PAUL D. VESTAL (CABN 348896)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534
Email: paul.vestal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODY LEROY HAYES,<br><br>Defendant. | CASE NO. 25-CR-00299 TLT<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br>~~[PROPOSED]~~ |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference currently set before the Honorable Thomas S. Hixson, on August 12, 2026, at 11:00 a.m., be continued to August 26, 2026, at 11:00 a.m. before the Honorable Thomas S. Hixson. The parties have been discussing a resolution of this matter but more time is needed to continue discussions. At this time, the parties agree that the requested continuance will provide a sufficient amount of time for those discussions to continue without unreasonably or unnecessarily delaying this matter. United States Probation Officer Juan Flores has been consulted and also agrees with the continuance.

//

//

**IT IS SO STIPULATED.**

CRAIG H. MISSAKIAN
United States Attorney

Dated: August 11, 2026

/s/
Paul D. Vestal
Special Assistant United States Attorney

/s/
SAMANTHA JAFFE
Counsel for Defendant

**IT IS SO ORDERED.**

Dated: August 11, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge